JAMES H. FLYNN, Appellant, v. THE CITY OF NEW YORK, Respondent.

CANICE CASSIN, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Flynn* v. *City of New York,* } 69 App. Div. 433, affirmed,
*Cassin* v. *City of New York,* }
(Argued March 4, 1903; decided March 17, 1903.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the second judicial department, entered March 17, 1902, modifying and affirming as modified judgments in favor of plaintiffs entered upon the report of a referee.

*Thomas F. Magner* for appellants.

*George L. Rives,* Corporation Counsel (*James McKeen* of counsel), for respondent.

Judgments affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Absent: GRAY, J.

---

SARAH E. O'CALLAGHAN, Respondent, v. METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*O'Callaghan* v. *Metropolitan Street Ry. Co.,* 69 App. Div. 574, affirmed.
(Submitted March 6, 1903; decided March 24, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 19, 1902, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Thomas P. Wickes* and *Charles R. La Rue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.